United States Court of Appeals
FOR THE EIGHTH CIRCUIT

————————

No. 97-1903EA

————————

Pamela Hill,           *
                                          *
           Appellant,         *
                                          *      Appeal from the United States
     v.                          *      District Court for the Eastern
                                          *      District of Arkansas.
Kenneth S. Apfel, Commissioner,    *
Social Security Administration,     *         [UNPUBLISHED]
                                          *
           Appellee.         *

————————

Submitted: November 20, 1997
Filed: November 26, 1997

————————

Before FAGG and HANSEN, Circuit Judges, and PIERSOL,[*] District Judge.

————————

PER CURIAM.

Pamela Hill appeals the district court's grant of summary judgment upholding the Commissioner's decision to deny Hill disability insurance benefits. After careful review of the administrative record and the parties' briefs, we conclude substantial evidence supports the decision of the Commissioner that Hill is not disabled for social security purposes and the judgment of the district court was correct. Accordingly, we affirm. See 8th Cir. R. 47B.

————————

[*]The Honorable Lawrence L. Piersol, United States District Judge for the District of South Dakota, sitting by designation.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.